JEREMY J. THOMPSON
Nevada Bar No. 12503
CLARK HILL PLLC
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com
*Attorney for Defendant*
*Equifax Information Services LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY S. DUNMIRE, an individual, | **Case No. 2:19-cv-00849-RFB-CWH** |
| Plaintiff, | |
| vs. | **STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
| SELECT PORTFOLIO SERVICING, INC., a Foreign Corporation; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; TRANS UNION, LLC, a Foreign Limited-Liability Company; and EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation, | **FIRST REQUEST** |
| Defendants. | |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from June 12, 2019 through and including **June 26, 2019**. Plaintiff and Equifax are actively engaged in settlement discussions. The additional time to respond to the Complaint will facilitate settlement discussions. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted this 11th day of June, 2019.

                        CLARK HILL PLLC

                        By: /s/ Jeremy J. Thompson
                        Jeremy J. Thompson
                        Nevada Bar No. 12503
                        3800 Howard Hughes Pkwy, Suite 500
                        Las Vegas, NV 89169
                        Tel: (702) 862-8300
                        Fax: (702) 862-8400
                        Email: jthompson@clarkhill.com

*Attorneys for Defendant Equifax Information Services LLC*

***No opposition***

/s/ Erik W. Fox
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
Erik W. Fox, Esq.
Nevada Bar No. 8804
COGBURN LAW OFFICES
2508 St. Rose Parkway, Suite 330
Henderson, NV 89074
Phone: (702) 748-7777
FAX: (702) 966-3880
Email: jsc@cogburnlaw.com
Email: efox@cogburnlaw.com

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: June 14, 2019

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 11th day of June, 2019, via via CM/ECF, upon all counsel of record.

Jamie S. Cogburn, Esq.
Erik W. Fox, Esq.
COGBURN LAW OFFICES
2508 St. Rose Parkway, Suite 330
Henderson, NV 89074
Email: jsc@cogburnlaw.com
Email: efox@cogburnlaw.com

CLARK HILL PLLC

By: /s/ Jeremy J. Thompson
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com

*Attorneys for Defendant Equifax Information Services LLC*