WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Mark S. Blackman, Esq..
Nevada Bar No. 13664
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
mblackman@wrightlegal.net
*Attorneys for Defendant, Select Portfolio Servicing, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY S. DUNMIRE, | Case No. 2:19-cv-00849-RFB-CWH |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT SELECT PORTFOLIO SERVICING TO FILE A RESPONSE TO THE COMPLAINT** |
| vs. | |
| SELECT PORTFOLIO SERVICING, INC., a Foreign Corporation | |
| Defendants. | **(First Request)** |

IT IS HEREBY STIPULATED between Plaintiff JEFFREY S. DUNMIRE ("Dunmire" or "Plaintiff"), by and through his attorney of record, Erik W. Fox, Esq. of the Cogburn Law Offices, and Defendant SELECT PORTFOLIO SERVICING, INC. ("SPS" or "Defendant"), by and through its attorneys of record, Christina V. Miller, Esq. and Mark S. Blackman, Esq., of the law firm Wright, Finlay & Zak, LLP, in order to discuss viability and possible resolution of the matter, the parties agree to extend the deadline for SPS to file its response to the Complaint, to **July 1, 2019.**

This is the parties' first request for an extension and is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED.

DATED this 18th day of June, 2019.
**COGBURN LAW OFFICES**

DATED this 20th day of June, 2019
**WRIGHT, FINLAY & ZAK, LLP**

*/s/ Erik W. Fox, Esq.*
Erik W. Fox, Esq.
Nevada Bar No. 8804
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
Phone: 702-748-7777
Fax: 702-966-3880
Email:efox@cogburnlaw.com
*Attorneys for Plaintiff, Jeffrey S. Dunmire,*

*/s/ Christina V. Miller, Esq.*
Christina V. Miller, Esq. (NV Bar No. 12448)
Mark S. Blackman, Esq. (NV Bar No. 13664)
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
Phone: (702) 475-7964
Fax:     (702) 946-1345
Email: mblackman@wrightlegal.net
*Attorneys for Defendant, Select Portfolio Servicing, Inc.*

## **ORDER**

IT IS SO ORDERED

Dated this __25__ day of June, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

*Respectfully submitted by:*
**WRIGHT, FINLAY & ZAK, LLP**
*/s/ Christina V. Miller, Esq.*
Christina V. Miller, Esq. (NV Bar No. 12448)
*Attorneys for Defendants Select Portfolio Servicing, Inc.*