| | |
|---|---|
| Christina V. Miller<br>Nevada Bar No. 12448<br>Mark S. Blackman, Esq.<br>Nevada Bar No. 13664<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>(702) 475-7964; Fax: (702) 946-1345<br>cmiller@wrightlegal.net<br>mblackman@wrightlegal.net<br>*Attorneys for Defendants, Select Portfolio Servicing, Inc.* | |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JEFFREY S. DUNMIRE,<br><br>Plaintiffs,<br><br>vs.<br><br>SELECT PORTFOLIO SERVICING, INC., a Foreign Corporation<br><br>Defendants. | Case No. 2:19-cv-00849-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT SELECT PORTFOLIO SERVICING TO FILE A RESPONSE TO THE COMPLAINT**<br><br>**(Second Request)** |

  IT IS HEREBY STIPULATED between Plaintiff JEFFREY S. DUNMIRE ("Dunmire" or "Plaintiff"), by and through their attorney of record, Erik W. Fox, Esq. of the Cogburn Law Offices and Defendants SELECT PORTFOLIO SERVICING, INC., a Foreign Corporation ("SPS" or "Defendant"), by and through their attorney of record, Mark S. Blackman, Esq., of the law firm Wright, Finlay & Zak, LLP, in order to discuss viability and possible resolution of the matter, the parties agree to extend the deadline for SPS to file its response to the Complaint, to **July 15, 2019.**

  This is the parties' second request for an extension and is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED.

DATED this 27th day of June, 2019.
**COGBURN LAW OFFICES**

*/s/ Erik W. Fox, Esq.*_____
Erik W. Fox, Esq.
Nevada Bar No. 8804
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
Phone: 702-748-7777
Fax: 702-966-3880
Email:efox@cogburnlaw.com
*Attorneys for Plaintiff, Jeffrey S. Dunmire,*

DATED this 27th day of June, 2019
**WRIGHT, FINLAY & ZAK, LLP**

*/s/ Mark S. Blackman Esq.*_____
Mark S. Blackman, Esq. (NV Bar No. 13664)
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
Phone: (702) 475-7964
Fax:    (702) 946-1345
Email: mblackman@wrightlegal.net
*Attorneys for Defendant, Select Portfolio Servicing, Inc.*

**ORDER**

IT IS SO ORDERED

Dated this __3__ day of July, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

*Respectfully submitted by:*
**WRIGHT, FINLAY & ZAK, LLP**
*/s/ Mark S. Blackman, Esq.*_____
Mark S. Blackman, Esq. (NV Bar No. 13664)
*Attorneys for Defendants Select Portfolio Servicing, Inc.*