**KURT BONDS, ESQ.**
Nevada Bar No. 6228
**TREVOR WAITE, ESQ.**
Nevada Bar No. 13779
**ALVERSON TAYLOR & SANDERS**
6605 Grand Montecito Pkwy
Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-7000
efile@alversontaylor.com
kbonds@alversontaylor.com
twaite@alversontaylor.com
*Counsel for Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

-*-

| | |
|---|---|
| JEFFREY S. DUNMIRE,<br><br>Plaintiff,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC., EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No. 2:19-cv-00849-RFB-CWH<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (SECOND REQUEST)** |

Plaintiff Jeffrey S. Dunmire ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On May 17, 2019, Plaintiff filed his Complaint. On June 12, 2019, Plaintiff and Trans Union filed their First Joint Stipulation Extending Trans Union's Time to File an Answer or Otherwise Response to Plaintiff's Complaint. The current deadline for Trans Union to answer or otherwise respond is July 3, 2019. Counsel for Plaintiff and Trans Union have engaged in significant settlement discussions and believe that additional time may allow them to bring this matter to resolution.

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000 FAX (702) 385-7000

Counsel for Plaintiff and Trans Union conferred via email on July 2, 2019, and agreed to extend the deadline by which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including July 17, 2019. This is the second stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 2nd day of July 2019.

**ALVERSON TAYLOR & SANDERS**

//S// Trevor R. Waite
Kurt Bonds
Nevada Bar No. 6228
Trevor Waite
Nevada Bar No. 13779
6605 Grand Montecito Pkwy, Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
efile@alversontaylor.com
kbonds@alversontaylor.com
twaite@alversontaylor.com
*Counsel for Trans Union LLC*

**COGBURN LAW OFFICES**

//S// Erik W. Fox
Jamie S. Cogburn, Nevada Bar No. 8409
Erik W. Fox, Nevada Bar No. 8804
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
Email: jsc@cogburncares.com
Email: ewf@cogburncares.com
*Counsel for Plaintiff*

## **ORDER**

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated this __3__ day of __July__, 2019.

_____
UNITED STATES MAGISTRATE JUDGE