Christina V. Miller
Nevada Bar No. 12448
Mark S. Blackman, Esq.
Nevada Bar No. 13664
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
mblackman@wrightlegal.net
*Attorneys for Defendants, Select Portfolio Servicing, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY S. DUNMIRE,<br><br>        Plaintiffs,<br><br>vs.<br><br>SELECT PORTFOLIO SERVICING, INC., a Foreign Corporation<br><br>        Defendants. | Case No. 2:19-cv-00849-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT SELECT PORTFOLIO SERVICING TO FILE A RESPONSE TO THE COMPLAINT**<br><br>**(Third Request)** |

    IT IS HEREBY STIPULATED between Plaintiff JEFFREY S. DUNMIRE ("Dunmire" or "Plaintiff"), by and through their attorney of record, Erik W. Fox, Esq. of the Cogburn Law Offices and Defendants SELECT PORTFOLIO SERVICING, INC., a Foreign Corporation ("SPS" or "Defendant"), by and through their attorney of record, Mark S. Blackman, Esq., of the law firm Wright, Finlay & Zak, LLP, in order to discuss viability and possible resolution of the matter, the parties agree to extend the deadline for SPS to file its response to the Complaint, to **July 29, 2019.**

    This is the parties' third request for an extension and is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED this 16th day of July, 2019. | DATED this 16th day of July, 2019 |
| **COGBURN LAW OFFICES** | **WRIGHT, FINLAY & ZAK, LLP** |
| */s/ Erik W. Fox, Esq.*_____ | */s/ Mark S. Blackman, Esq.*_____ |
| Erik W. Fox, Esq. | Mark S. Blackman, Esq. (NV Bar No. 13664) |
| Nevada Bar No. 8804 | 7785 W. Sahara Ave., Suite 200 |
| 2580 St. Rose Parkway, Suite 330 | Las Vegas, NV 89117 |
| Henderson, NV 89074 | Phone: (702) 475-7964 |
| Phone: 702-748-7777 | Fax: (702) 946-1345 |
| Fax: 702-966-3880 | Email: mblackman@wrightlegal.net |
| Email:efox@cogburnlaw.com | *Attorneys for Defendant, Select Portfolio* |
| *Attorneys for Plaintiff, Jeffrey S. Dunmire,* | *Servicing, Inc.* |

## **ORDER**

IT IS SO ORDERED.

Dated this 16th day of July, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: July 18, 2019

*Respectfully submitted by:*
**WRIGHT, FINLAY & ZAK, LLP**
*/s/ Mark S. Blackman, Esq.*_____
Mark S. Blackman, Esq. (NV Bar No. 13664)
*Attorneys for Defendants Select Portfolio Servicing, Inc.*