| | |
|---|---|
| 1 | Christina V. Miller |
| | Nevada Bar No. 12448 |
| 2 | Mark S. Blackman, Esq.. |
| | Nevada Bar No. 13664 |
| 3 | 7785 W. Sahara Ave., Suite 200 |
| 4 | Las Vegas, NV 89117 |
| | (702) 475-7964; Fax: (702) 946-1345 |
| 5 | cmiller@wrightlegal.net |
| | mblackman@wrightlegal.net |
| 6 | *Attorneys for Defendants, Select Portfolio Servicing, Inc.* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JEFFREY S. DUNMIRE, | Case No. 2:19-cv-00849-RFB-CWH |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT SELECT PORTFOLIO SERVICING TO FILE A RESPONSE TO THE COMPLAINT AND TO RESPOND TO RULE 26(a) INITIAL DISCLOSURES** |
| vs. | |
| SELECT PORTFOLIO SERVICING, INC., a Foreign Corporation | |
| Defendants. | **(Fourth/First Request)** |

IT IS HEREBY STIPULATED between Plaintiff JEFFREY S. DUNMIRE ("Dunmire" or "Plaintiff"), by and through their attorney of record, Erik W. Fox, Esq. of the Cogburn Law Offices and Defendants SELECT PORTFOLIO SERVICING, INC., a Foreign Corporation ("SPS" or "Defendant"), by and through their attorney of record, Mark S. Blackman, Esq., of the law firm Wright, Finlay & Zak, LLP, in order to discuss viability and possible resolution of the matter, the parties agree to extend:

(a) the deadline for SPS to file its response to the Complaint, to August 12, 2019 and

(b) The deadline to respond to Rule 26(a) initial disclosures to August 12, 2019. This is the parties' fourth request for an extension (on the time to respond to the Complaint and the first request for an extension of time to exchange initial disclosures and is not intended to cause any delay or prejudice to any party. Additionally, SPS's counsel was serving on jury duty during the week of July 23, 2019.

IT IS SO STIPULATED.

DATED this 29th day of July, 2019.
**COGBURN LAW OFFICES**

*/s/ Erik W. Fox, Esq.*
Erik W. Fox, Esq.
Nevada Bar No. 8804
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
Phone: 702-748-7777
Fax: 702-966-3880
Email: efox@cogburnlaw.com
*Attorneys for Plaintiff, Jeffrey S. Dunmire,*

DATED this 29th day of July, 2019
**WRIGHT, FINLAY & ZAK, LLP**

*/s/ Mark S. Blackman, Esq.*
Mark S. Blackman, Esq. (NV Bar No. 13664)
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
Phone: (702) 475-7964
Fax: (702) 946-1345
Email: mblackman@wrightlegal.net
*Attorneys for Defendant, Select Portfolio Servicing, Inc.*

**ORDER**

IT IS SO ORDERED

Dated this 1st day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

*Respectfully submitted by:*
**WRIGHT, FINLAY & ZAK, LLP**
*/s/ Mark S. Blackman Esq.*
Mark S. Blackman, Esq. (NV Bar No. 13664)
*Attorneys for Defendants Select Portfolio Servicing, Inc.*