Christina V. Miller
Nevada Bar No. 12448
Mark S. Blackman, Esq..
Nevada Bar No. 13664
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
mblackman@wrightlegal.net
*Attorneys for Defendants, Select Portfolio Servicing, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY S. DUNMIRE,<br><br>        Plaintiffs,<br><br>vs.<br><br>SELECT PORTFOLIO SERVICING, INC., a Foreign Corporation<br><br>        Defendants. | Case No. 2:19-cv-00849-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT SELECT PORTFOLIO SERVICING TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO SELECT PORTFOLIO SERVICING MOTION TO DISMISS** |

    IT IS HEREBY STIPULATED between Plaintiff JEFFREY S. DUNMIRE ("Dunmire" or "Plaintiff"), by and through their attorney of record, Erik W. Fox, Esq. of the Cogburn Law Offices and Defendants SELECT PORTFOLIO SERVICING, INC., a Foreign Corporation ("SPS" or "Defendant"), by and through their attorney of record, Mark S. Blackman, Esq., of the law firm Wright, Finlay & Zak, LLP, , the parties agree to extend the deadline for SPS to file a reply to Plaintiff's Opposition To Select Portfolio Servicing Motion To Dismiss Plaintiff Complaint, to **September 9, 2019.**

This is the parties' third request for an extension and is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED this 3rd day of September, 2019. | DATED this  3rd  day of September 9, 2019 |
| **COGBURN LAW OFFICES** | **WRIGHT, FINLAY & ZAK, LLP** |
| */s/ Erik W. Fox, Esq.*_____ | */s/ Mark S. Blackman, Esq.*_____ |
| Erik W. Fox, Esq. | Mark S. Blackman, Esq. (NV Bar No. 13664) |
| Nevada Bar No. 8804 | 7785 W. Sahara Ave., Suite 200 |
| 2580 St. Rose Parkway, Suite 330 | Las Vegas, NV 89117 |
| Henderson, NV 89074 | Phone: (702) 475-7964 |
| Phone: 702-748-7777 | Fax:    (702) 946-1345 |
| Fax: 702-966-3880 | Email: mblackman@wrightlegal.net |
| Email:efox@cogburnlaw.com | *Attorneys for Defendant, Select Portfolio* |
| *Attorneys for Plaintiff, Jeffrey S. Dunmire,* | *Servicing, Inc.* |

**ORDER**

IT IS SO ORDERED             IT IS SO ORDERED:


Dated this September 3, 2019.     _____
                                  RICHARD F. BOULWARE, II
                                  UNITED STATES DISTRICT JUDGE

DATED this  5th day of September, 2019.

*Respectfully submitted by:*
**WRIGHT, FINLAY & ZAK, LLP**
*/s/ Mark S. Blackman Esq.*_____
Mark S. Blackman, Esq. (NV Bar No. 13664)
*Attorneys for Defendants Select Portfolio Servicing, Inc.*