Christina V. Miller
Nevada Bar No. 12448
Mark S. Blackman, Esq..
Nevada Bar No. 13664
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
mblackman@wrightlegal.net
*Attorneys for Defendants, Select Portfolio Servicing, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JEFFREY S. DUNMIRE, | Case No. 2:19-cv-00849-RFB-DJA |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT SELECT PORTFOLIO SERVICING TO (A) FILE A REPLY TO PLAINTIFF'S OPPOSITION TO SELECT PORTFOLIO SERVICING MOTION TO DISMISS AND (B) FILE AN OPPOSITION TO THE MOTION FOR LEAVE TO AMEND THE COMPLAINT** |
| vs. | |
| SELECT PORTFOLIO SERVICING, INC., a Foreign Corporation | |
| Defendants. | |

IT IS HEREBY STIPULATED between Plaintiff JEFFREY S. DUNMIRE

("Dunmire" or "Plaintiff"), by and through their attorney of record, Erik W. Fox, Esq. of the

Cogburn Law Offices and Defendants SELECT PORTFOLIO SERVICING, INC., a Foreign

Corporation ("SPS" or "Defendant"), by and through their attorney of record, Mark S.

Blackman, Esq., of the law firm Wright, Finlay & Zak, LLP, , the parties agree to extend the

deadline for SPS to (a) file a reply to Plaintiff's Opposition To Select Portfolio Servicing Motion

To Dismiss Plaintiff Complaint and (b) file an opposition to Plaintiff's Motion for Leave to Amend the Complaint, to **September 16, 2019.**

    This is the parties' third request for an extension and is not intended to cause any delay or prejudice to any party.

    IT IS SO STIPULATED.

DATED this ___ day of September, 2019.    DATED this _____ day of September 9, 2019
**COGBURN LAW OFFICES**    **WRIGHT, FINLAY & ZAK, LLP**

*/s/ Erik W. Fox, Esq._____*    */s/ Mark S. Blackman, Esq._____*
Erik W. Fox, Esq.    Mark S. Blackman, Esq. (NV Bar No. 13664)
Nevada Bar No. 8804    7785 W. Sahara Ave., Suite 200
2580 St. Rose Parkway, Suite 330    Las Vegas, NV 89117
Henderson, NV 89074    Phone: (702) 475-7964
Phone: 702-748-7777    Fax:   (702) 946-1345
Fax: 702-966-3880    Email: mblackman@wrightlegal.net
Email:efox@cogburnlaw.com    *Attorneys for Defendant, Select Portfolio*
*Attorneys for Plaintiff, Jeffrey S. Dunmire,*    *Servicing, Inc.*

## ORDER

    IT IS SO ORDERED

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Dated this September 10, 2019.

    DATED this 16th day of September, 2019.

*Respectfully submitted by:*
**WRIGHT, FINLAY & ZAK, LLP**
*/s/ Mark S. Blackman Esq._____*
Mark S. Blackman, Esq. (NV Bar No. 13664)
*Attorneys for Defendants Select Portfolio Servicing, Inc.*