Christina V. Miller
Nevada Bar No. 12448
Mark S. Blackman, Esq..
Nevada Bar No. 13664
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
mblackman@wrightlegal.net
*Attorneys for Defendants, Select Portfolio Servicing, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JEFFREY S. DUNMIRE,<br><br>     Plaintiffs,<br><br>vs.<br><br>SELECT PORTFOLIO SERVICING, INC., a Foreign Corporation<br><br>     Defendants. | Case No. 2:19-cv-00849-RFB-CWH<br><br>**THIRD STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT SELECT PORTFOLIO SERVICING TO (A) FILE A REPLY TO PLAINTIFF'S OPPOSITION TO SELECT PORTFOLIO SERVICING MOTION TO DISMISS AND (B) FILE AN OPPOSITION TO THE MOTION FOR LEAVE TO AMEND THE COMPLAINT** |

IT IS HEREBY STIPULATED between Plaintiff JEFFREY S. DUNMIRE ("Dunmire" or "Plaintiff"), by and through their attorney of record, Erik W. Fox, Esq. of the Cogburn Law Offices and Defendants SELECT PORTFOLIO SERVICING, INC., a Foreign Corporation ("SPS" or "Defendant"), by and through their attorney of record, Mark S. Blackman, Esq., of the law firm Wright, Finlay & Zak, LLP, , the parties agree to extend the deadline for SPS to (a) file a reply to Plaintiff's Opposition To Select Portfolio Servicing Motion

To Dismiss Plaintiff Complaint and (b) file an opposition to Plaintiff's Motion for Leave to Amend the Complaint, to **October 1, 2019.**

The parties are engaged in settlement discussions. This is the parties' third request for an extension and is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED this 16th day of September, 2019.<br>**COGBURN LAW OFFICES** | DATED this 16th day of September 9, 2019<br>**WRIGHT, FINLAY & ZAK, LLP** |
| */s/ Erik W. Fox, Esq.*<br>Erik W. Fox, Esq.<br>Nevada Bar No. 8804<br>2580 St. Rose Parkway, Suite 330<br>Henderson, NV 89074<br>Phone: 702-748-7777<br>Fax: 702-966-3880<br>Email: efox@cogburnlaw.com<br>*Attorneys for Plaintiff, Jeffrey S. Dunmire,* | */s/ Mark S. Blackman, Esq.*<br>Mark S. Blackman, Esq. (NV Bar No. 13664)<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>Phone: (702) 475-7964<br>Fax: (702) 946-1345<br>Email: mblackman@wrightlegal.net<br>*Attorneys for Defendant, Select Portfolio Servicing, Inc.* |

**ORDER**

IT IS SO ORDERED

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Dated this September 16th, 2019.

DATED this 17th day of September, 2019.

*Respectfully submitted by:*
**WRIGHT, FINLAY & ZAK, LLP**
*/s/ Mark S. Blackman Esq.*
Mark S. Blackman, Esq. (NV Bar No. 13664)
*Attorneys for Defendants Select Portfolio Servicing, Inc.*